UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

         **STEVAN P. KUZMAN**

         Debtor.

Chapter 13
Case No.: 10-11842

**EX PARTE APPLICATION TO WITHDRAW CHAPTER 13 CASE**

Stevan P. Kuzman, the debtor herein, makes this application to withdraw and dismiss his Chapter 13 case pursuant to 11 U.S.C. 1307 (b) and in support of his request allege as follows:

1. Debtor commenced as case under Chapter 13 of the United States Bankruptcy Code on May 14, 2010.

2. Debtor's case has not been converted and debtor now desires to withdraw his bankruptcy proceeding.

3. Debtor requests that this case be dismissed without prejudice.

Dated: May 6, 2011

                                                  /s/ Stevan P. Kuzman
                                                  Stevan P. Kuzman