RECEIVED & FILED

MAY 10 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

STEVAN P. KUZMAN

Chapter 13
Case No.: 10-11842

Debtor.

**ORDER DISMISSING CHAPTER 13 BANKRUPTCY WITHOUT PREJUDICE**

Upon the Debtor having filed an ex parte application dated May 9, 2011 to withdraw and dismiss his Chapter 13 Bankruptcy case, and the Court having duly deliberated and good cause shown, it is

**ORDERED**, that the Chapter 13 Bankruptcy case commenced by Stevan P. Kuzman on May 14, 2010 and assigned Case No.: 10-11842, be and it hereby is withdrawn and dismissed without prejudice.

**SO ORDERED.**

Dated: May 10, 2011

HON. ROBERT E. LITTLEFIELD, JR.
U.S. BANKRUPTCY JUDGE