*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Stevan P Kuzman<br><br>xxx–xx–9950<br>118 High Street<br>Cobleskill, NY 12043 | )<br>)<br>)<br>)Case Number: 10–11842–1–rel<br>)<br>)<br>)Chapter: 13<br>) |

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Guy J. Criscione Jr.
817 Madison Ave.
Albany, NY 12208
Telephone number: (518) 449–1680

NAME/ADDRESS OF TRUSTEE
Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211
Telephone number: (518) 449–2043

# NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 5/10/11 , dismissing the above captioned chapter 13 petition without prejudice.

Date: 5/10/11

*FOR THE COURT*

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court